UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-81281-RLR

SARAH GOODMAN, individually
and on behalf of all others similarly
situated,

    *Plaintiff*,

        v.                  **PUTATIVE CLASS ACTION**

SUN TAN CITY, LLC,
a Kentucky Limited Liability Company,

    *Defendant.*

_____/

**JOINT STIPULATION OF DISMISSAL**

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Sarah Goodman, individually, are hereby dismissed with prejudice, with each party to bear her or its own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

[Signature block on following page]

Dated: October 12, 2020

**KAUFMAN P.A.**
Rachel E. Kaufman, Esq.
400 NW 26th Street
Miami, FL 33127
(305) 469-5881
kaufman@kaufmanpa.com
rachel@kaufmanpa.com

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman, Esq.
FL Bar No. 84382

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis
14 NE 1st Avenue, Suite 400
Miami, FL 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com

**EDELSBERG LAW, PA**
Scott Edelsberg, Esq. 19495
Biscayne Blvd. #607
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff Sarah Goodman*

Respectfully submitted,

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC**
Two South Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, FL 33131
Telephone: (305) 614-1400
Facsimile:  (305) 614-1425

By:      /s/ *Ian M. Ross*
IAN M. ROSS, ESQ.
Florida Bar No. 091214
iross@sfslaw.com

**Elisa Hevia Baca**
Greenberg Traurig
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
305-579-0500
Email: bacae@gtlaw.com

**Mark Frederick Bideau**
Greenberg Traurig
Phillips Point - East Tower
777 S Flagler Drive
Suite 300E
West Palm Beach, FL 33401
561-650-7900
Fax: 561-655-6222
Email: bideaum@gtlaw.com

*Counsel for Defendant Sun Tan City, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                /s/ Ian M. Ross
                                                IAN M. ROSS

## SERVICE LIST
*Goodman v. Sun Tan City, LLC*
Case No. 9:18-cv-81281-RLR
United States District Court, Southern District of Florida

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis
14 NE 1st Avenue, Suite 400
Miami, FL 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com

**EDELSBERG LAW, PA**
Scott Edelsberg, Esq.
19495 Biscayne Blvd. #607
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

**KAUFMAN P.A.**
Avi R. Kaufman
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
kaufman@kaufmanpa.com

*Counsel for Plaintiff Sarah Goodman*